```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IRVING H. PICARD, Trustee for the     :
Liquidation of Bernard L. Madoff      :
Investment Securities LLC,            :
                                      :   20cv2525 (DLC)
                         Plaintiff,   :
                                      :        ORDER
              -v-                     :
                                      :
MARK HOROWITZ, individually and as    :
joint tenant,                         :
                                      :
                         Defendant.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On December 4, 2020, the defendant notified the Court that the parties have settled.  The letter further stated that the parties would soon submit a stipulation of dismissal in this Court.  To date, the parties have not filed any such stipulation of dismissal.  Accordingly, it is hereby

ORDERED that the parties shall submit a status letter by **January 6, 2021** regarding their settlement.

Dated:    New York, New York
          December 23, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge